UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RONALD MONTGOMERY,<br><br>  Plaintiff,<br><br>  v.<br><br>BROWNING-FERRIS INDUSTRIES OF CALIFORNIA, INC.; AND DOES 1-10, inclusive,<br><br>  Defendants. | CASE NO. 11-cv-03390 LB<br><br>[~~PROPOSED~~] **ORDER TO STAY PROCEEDINGS PENDING SETTLEMENT**<br><br>Courtroom:  4<br>Judge:  Laurel Beeler<br>Trial Date:  Not set |

Plaintiff Ronald Montgomery ("Plaintiff"), by and through his attorney of record, Richard J. Meechan of the Law Office of Richard J. Meechan, and Defendant Browning-Ferris Industries of California, Inc., ("Defendant"), by and through its attorney of record, Angela T. Mullins of Paul, Plevin, Sullivan & Connaughton, LLP, filed a Notice of Settlement (Document 21) on or about October 13, 2011 requesting that this Court stay all proceedings pending settlement for a period of forty-five (45) days.

/ / /

/ / /

/ / /

/ / /

/ / /

After reviewing the submitted papers, and good cause appearing, the court orders that the parties' request to stay all proceedings for a period of forty-five (45) days, or until December 1, 2011 is GRANTED except the motion to dismiss will remain on the court's calendar with the opposition brief due on November 24, 2011 and the reply brief due on December 1, 2011. If the parties need more time, they may file a stipulation and request to move the hearing date and brief deadlines.

**IT IS SO ORDERED.**

Dated: __October 19__, 2011      By: _____
HONORABLE LAUREL BEELER
United States Magistrate Judge