UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| RONALD MONTGOMERY,<br><br>            Plaintiff,<br><br>       v.<br><br>REPUBLIC SERVICES, INC. dba OX MOUNTAIN LANDFILL; ALLIED WASTE INDUSTRIES, INC.; AND DOES 1-10, inclusive,<br><br>            Defendants. | CASE NO. 11-cv-03390-LB<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION AND REQUEST TO MOVE THE MOTION TO DISMISS HEARING DATE AND BRIEF DEADLINES<br><br>[Fed. R. Civ. Proc. 12(b)(6)]<br><br>Date:            January 19, 2012<br>Time:            11:00 a.m.<br>Courtroom:   4<br>Magistrate Judge:   Laurel Beeler |

After having reviewed the parties stipulation requesting to move the hearing date for the motion to dismiss scheduled for December 15, 2011, submitted by Plaintiff Ronald Montgomery ("Plaintiff"), by and through his attorney of record, Richard J. Meechan of the Law Office of Richard J. Meechan, and Defendant Browning-Ferris Industries of California, Inc., ("Defendant"), by and through its attorney of record, J. Rod Betts and Angela T. Mullins of Paul, Plevin, Sullivan & Connaughton, LLP's, the Court hereby orders the following:

/ / /

/ / /

/ / /

/ / /

/ / /

1. The motion to dismiss hearing scheduled for December 15, 2011, is hereby moved to January 19, 2012. Pursuant to Local Rule 7-3, opposition to this motion will be due on December 29, 2011, and reply brief will be due on January 5, 2012.
2. All other proceedings in this matter shall be stayed until January 15, 2012.

PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, **IT IS SO ORDERED**.

Dated: December 2, 2011



Hon. Laurel Beeler
United States Magistrate Judge

[PROPOSED] ORDER GRANTING STIPULATION AND REQUEST TO MOVE MOTION HEARING DATE AND BRIEF DEADLINES      2      11-cv-03390-LB