1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

10

RONALD MONTGOMERY,

CASE NO. 11-cv-03390-LB

11

Plaintiff,

~~[PROPOSED]~~ ORDER GRANTING STIPULATION AND REQUEST TO MOVE THE MOTION TO DISMISS HEARING DATE AND BRIEF DEADLINES

12

v.

13
14

REPUBLIC SERVICES, INC. dba OX MOUNTAIN LANDFILL; ALLIED WASTE INDUSTRIES, INC.; AND DOES 1-10, inclusive,

**[Fed. R. Civ. Proc. 12(b)(6)]**

15
16

Defendants.

| | |
|---|---|
| Date: | January 19, 2012 |
| Time: | 11:00 a.m. |
| Courtroom: | 4 |
| Magistrate Judge: | Laurel Beeler |

17
18

After having reviewed the parties stipulation requesting to move the hearing date for the

19

motion to dismiss scheduled for December 15, 2011, submitted by Plaintiff Ronald Montgomery

20

("Plaintiff"), by and through his attorney of record, Richard J. Meechan of the Law Office of

21

Richard J. Meechan, and Defendant Browning-Ferris Industries of California, Inc.,

22

("Defendant"), by and through its attorney of record, J. Rod Betts and Angela T. Mullins of Paul,

23

Plevin, Sullivan & Connaughton, LLP's, the Court hereby orders the following:

24

/ / /

25

/ / /

26

/ / /

27

/ / /

28

/ / /

1     1.  The motion to dismiss hearing scheduled for December 15, 2011, is hereby moved to

2          January 19, 2012.  Pursuant to Local Rule 7-3, opposition to this motion will be due

3          on December 29, 2011, and reply brief will be due on January 5, 2012.

4     2.  All other proceedings in this matter shall be stayed until January 15, 2012.

5

6  PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, **IT IS SO ORDERED**.

7

8  Dated:  December 2, 2011



9                        Hon. Laurel Beeler

                         United States Magistrate Judge