1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| RONALD MONTGOMERY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BROWNING-FERRIS INDUSTRIES OF CALIFORNIA, INC.; AND DOES 1-10, inclusive,<br><br>　　　　Defendants. | CASE NO. 11-cv-03390 LB<br><br>~~[PROPOSED]~~ **ORDER GRANTING DISMISSAL WITH PREJUDICE**<br><br>Courtroom:　　　　4<br>Magistrate Judge:　Laurel Beeler<br>Trial Date:　　　　Not set |

Having read and considered the parties' Stipulation of Dismissal with Prejudice, submitted by Plaintiff Ronald Montgomery ("Plaintiff"), by and through his attorney of record, Richard J. Meechan of the Law Office of Richard J. Meechan, and Defendant Browning-Ferris Industries of California, Inc., ("Defendant"), by and through its attorney of record, J. Rod Betts and Angela T. Mullins of Paul, Plevin, Sullivan & Connaughton, LLP's, the Court hereby orders the following:

/ / /

/ / /

/ / /

/ / /

/ / /

1. All legal claims and allegations made by Plaintiff against Defendant in the civil action, Case No.: 11-cv-03390LB, is hereby dismissed in its entirety with prejudice.

2. Each party waives and releases the other for any claims for attorneys' fees and costs in connection with this matter.

PURSUANT TO STIPULATION, **IT IS SO ORDERED**:

Dated: December 22, 2011        By: _____
HONORABLE LAUREL BEELER
United States Magistrate Judge

*IT IS SO ORDERED*
*Judge Laurel Beeler*